UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Western Digital Technologies, Inc.

                        Plaintiff,

v.

Case No.: 1:18−cv−03453

Honorable Charles P. Kocoras

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 3, 2018:

      MINUTE entry before the Honorable Charles P. Kocoras: Motion hearing held. Plaintiffs motion for entry of a preliminary injunction with the exclusion of defendants angeloliu2014, genuine−only, top−security−cctv and topdirectionstore [31] is granted. Plaintiff is to send a revised order to Proposed_Order_Kocoras@ilnd.uscourts.gov for entry. As agreed to by their counsel in open court, defendants angeloliu2014, genuine−only, top−security−cctv, and topdirectionstore are to refrain from transferring funds for any purpose outside the ordinary course of business. Status hearing is set for 8/7/2018 at 9:30 a.m. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.