# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> XIAOLONG1988, et al., <br><br> Defendants. | Case No. 18-cv-03453 <br><br> **Judge Charles P. Kocoras** <br><br> **Magistrate Judge Sidney I. Schenkier** |

## AGREED ORDER

Pursuant to an agreement between Plaintiff Western Digital Technologies Inc. ("Plaintiff") and Defendants angeloliu2014, genuine-only, topdirectionstore, and top-security-cctv, (collectively, the "Defendants"), this Court hereby enters and continues Plaintiff's Motion for Entry of a Preliminary Injunction [31] to August 7, 2018. The asset restraint entered as part of the Temporary Restraining Order on June 5, 2018 and extended on June 19, 2018, shall remain in place.

IT IS SO ORDERED.

DATED: July 5, 2018

_____
Charles P. Kocoras
United States District Judge