**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC. | ) ) | |
| Plaintiff, | ) ) | Case No. 18-cv-3453 |
| | ) | **Judge Charles P. Kocoras** |
| v. | ) ) | **Mag. Judge Sidney I. Schenkier** |
| XIAOLONG1988, et al., | ) ) ) | |
| Defendants. | ) ) | |

## SECOND DECLARATION OF L. FORD BANISTER, II

1. I am an attorney at law, duly admitted to practice before the Courts of the State of New York and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Defendants angeloliu2014, topdirectionstore and top-security-cctv, (collectively, the "Defendants"). This declaration is made in order to place before the Court complete information related to and in support of Defendants' opposition to Plaintiff's motion for preliminary injunction [Doc. 31] and for all purposes permitted by law. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

<u>Defendants' Analysis of the Paypal Records Submitted by Plaintiff on July 26, 2018</u>

2. In its memorandum of in support of its motion for a preliminary injunction, [Doc. 60] submitted on July 26, 2018, Plaintiff avers as follows:

"A review of account activity for approximately the past six months indicates

that 389 items totaling $44,130 were sold that include "WD" or "Western" in

the item title." [Id. at 8]

3. Plaintiff cites as authority for the claim in paragraph 2 above the Declaration of Rebecca Unruh [Doc. 61 at ¶ 34] which states, in pertinent part, as follows:

"I reviewed the transaction logs provided by PayPal for each

of Defendants' PayPal accounts. I, or someone under my direction,

isolated the log entries for transactions where the product title

contained the keywords "WD" or "Western." The data indicates that 389

products totaling $44,130 were sold that include "WD" or "Western"

in the item title."

4. Defendants angeloliu2014, topdirectionstore and top-security-cctv are separate and distinct from one another. As such, each is entitled to an individuated determination of the scope of the asset restraint, if any, based on the sales evidence specific to them alone. Plaintiff's alleged review makes no attempt to differentiate between Defendants but instead lumps them together and asks that extraordinary injunctive relief be applied to all of the without further consideration.

5. Defendants conducted a thorough review and analysis of the evidence as it relates to each Defendant. Defendants review and analysis shows that Plaintiff's claims are overstated and that any review allegedly undertaken by Ms. Unruh on behalf of Plaintiff was cursory at best.

<u>Defendants' Analysis Specific to Defendant topdirectionstore</u>

6. The Paypal records specific to Defendant topdirectionstore appear at Doc. 61-8 at 2-1063. As such, these records account for most of the 1,200 pages of Paypal transaction records

presented by Plaintiff. The records specific to Defendant topdirectionstore, severed from those related to its co-defendants, angeloliu2014 and top-security-cctv, are attached hereto as Exhibit One.

7. I or someone under my direction and supervision searched Exhibit One for the terms "Western" and "WD." The search returned no results for the term "Western" and sixteen results for "WD." These search results are attached hereto as Exhibit Two.

8. The title for the items containing the term "WD" appears either as "Fujitsu 2.5" HDD IDE PATA 40GB 5400RPM 8M Hard Disk Drive For laptop, 2.5" HDD IDE PATA 40GB 4200RPM Hard Disk Drive For laptop Hitachi Toshiba WD" or "2.5" HDD IDE PATA 40GB 4200RPM Hard Disk Drive For laptop Hitachi Toshiba WD." Gross revenue from sales of these items is $732.10 with net revenues at $703.86. [Ex. 2 at 2]

9. I or someone under my direction and supervision searched Plaintiff's website. This search revealed that Plaintiff does not offer hard drive disks with memory of less than 250GB. Thus, while the item title included in Exhibit 2, which includes the brand names "Hitachi Toshiba WD" may be mislabeled with the term "WD," the items sold could not be Plaintiff's products as Plaintiff does not produce or offer for sale items meeting these specifications.

Defendants' Analysis Specific to Defendant top-security-cctv

10. The Paypal records specific to Defendant top-security-cctv appear at Doc. 61-8 at 1064-1140. The records specific to Defendant top-security-cctv,, severed from those related to its co-defendants, angeloliu2014 and topdirectionstore, are attached hereto as Exhibit Three.

11. I or someone under my direction and supervision searched Exhibit Three for the terms "Western" and "WD." The search returned a single result for the term "Western" and three hundred thirteen (313) results for "WD." These search results are attached hereto as Exhibit Four.

12. Review of the search results contained in Exhibit Four show that of the 314 Items containing either search term, only a single result, bearing the title "4TB HDD Western Digital WD Purple 3.5" High Quality Urveillance Hard Disk Driver" [Ex. 4 at 2] actually bears Plaintiff's name. The remaining 313 items in which the term "WD" appears denote products made by the manufacturer Hikvision. [Id. at 3-12] The term WD does not appear to describe the item but appears in the context of serial or model numbers. Examples of the item titles, which repeat multiple times, are as follows:

- a) For Item 1: "HIKVISION 4MP POE Wifi Fisheye Dome IP Camera Built‑in Mic DS‑2CD2542F**WD**‑IWS 4mm;" [Id. at 3] [Emphasis Added]

- b) For Item 2: "Hikvision Original DS‑2CD2342**WD**‑I 4MP IP67 POE Security IP Camera EXIR 2.8mm;" [Id.] [Emphasis Added]

- c) For Item 3: "Hikvision 5MP IP67 POE Outdoor MINI Bullet Security Camera DS‑2CD2055F**WD**‑I 2.8mm [DS-2CD2055FWD-I 2.8mm]; [Id.] [Emphasis Added]

- d) For Item 4: "Hikvision 4MP Outdoor Dome Security IP Camera POE HD 1080P DS-2CD2142F**WD**‑I 2.8mm." [Id.] [Emphasis Added]

Defendants' Analysis Specific to Defendant angeloliu2014

13. The Paypal records specific to Defendant top-security-cctv appear at Doc. 61-8 at 1143-1200. The records specific to Defendant angeloliu2014, severed from those related to its co-defendants, top-security-cctv and topdirectionstore, are attached hereto as Exhibit Five.

14. I or someone under my direction and supervision searched Exhibit Five for the terms "Western" and "WD." The search returned no results for the term "Western" and nineteen (19) results for "WD." These search results are attached hereto as Exhibit Six.

15. Review of the nineteen items shown included in Exhibit Six, nine titles suggest that they may be Plaintiff's products. [Ex. 6 at 2] These items bear the title "WD800BB 3.5" 80GB 7200RPM 2M PATA IDE HDD Hard Disk Driver FOR Desktop." Gross revenue for these items is $560.90 with net revenues of $536.33.

16. The remaining ten items do not appear to indicate sales of Plaintiff's products but rather of accessories for Plaintiff's products. All of these results bear the title "50pcs 15cm*10.5cm ESD Anti-Static Bags *For* 2.5" WD HDD Hard Disk Drive Packing" [Id. at 3] [Emphasis added]

Defendants' Analysis of the Paypal Records Submitted by Plaintiff on August 2, 2018

17. In its supplemental memorandum of in support of its motion for a preliminary injunction, [Doc. 68 at 1] submitted on August 2, 2018, Plaintiff avers as follows:

"On July 31, 2018, PayPal provided Western Digital with additional transaction

logs for each of the Defendants, which has been [*sic*] analyzed in conjunction

with the previously available logs. Review of the updated data now indicates

that Defendants sold 475 products totaling $45,350 that include "WD" or

5

"Western Digital" in the item title."

18. Plaintiff cites as authority for the claim in paragraph 17 above the Supplemental Declaration of Rebecca Unruh [Doc. 69 at ¶ 3] which states, in pertinent part, as follows:

"I reviewed additional transaction logs provided by PayPal, Inc. ("PayPal")

on July 31, 2018. I, or someone under my direction, isolated the log

entries for transactions where the product title contained the keywords "WD"

or "Western Digital." The updated data, which was analyzed in conjunction

with the previously available transaction logs, now indicates that Defendants

sold 475 products totaling $45,350 that include "WD" or "Western Digital"

in the item title."

19. Defendants' review reveals that the Paypal records, totalling 2,967 pages in length, that Plaintiff put on record [Doc. 69 at Ex. 1] do not, as alleged by Plaintiff in its memorandum [Doc. 68 at 1] and Ms. Unruh in her sworn declaration, [Doc. 69 at ¶ 3] contain transaction logs for each of the Defendants.

20. Rather, transaction logs specific to Defendant topdirectionstore appear at Doc. 69-1 at 2-1,653. These records are attached hereto as Exhibit Seven.

21. I searched the Exhibit Seven for the terms "Western" and "WD." No results from this search appear to be related to Plaintiff's products.

22. Transaction logs specific to Defendant angeloliu2014 appear at Doc. 69-1 at 1,654-2,310. These records are attached hereto as Exhibit Eight.

23. Records related to Defendant angeloliu2014 also appear at Doc. 69-1 at 2,311-2,967. These records are identical to those presented at Doc. 69-1 at 1,654-2,310 and

attached hereto as Exhibit 8. The records related to Defendant angeloliu2014 that appear at Doc. 69-1 at 2,311-2,967 are attached hereto as Exhibit 9.

24. I or someone under my direction and supervision searched Exhibits 8 and 9 for the terms "Western" and "WD." The search returned no results for the term "Western" and two-hundred and seventy-six (276) results for "WD" between July 22, 2015 and June 18, 2018. These search results are attached hereto as Exhibit Ten.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 6th day of August, 2018 at Shenzhen, Guangdong, China.

<u>/s/ L. Ford Banister, II</u>
Bar No. 5446539
The Law Office of L. Ford Banister, II
244 5th, Avenue, Ste. 1888
New York, NY 10001
Mailing Address
PO Box 3514 PMB 23332
New York, NY 10008
Telephone: U.S No. 212-574-8107
Fax: (646) 365-3459
Email: ford@fordbanister.com
*Attorney for Defendants*