IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> XIAOLONG1988, et al., <br><br> Defendants. | Case No. 18-cv-03453 <br><br> **Judge Charles P. Kocoras** <br><br> **Magistrate Judge Sidney I. Schenkier** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND
DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED
IN SCHEDULE A, WITH THE EXCEPTION OF CERTAIN DEFENDANTS**

Plaintiff Western Digital Technologies, Inc. ("Western Digital" or "Plaintiff"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against the Defendants identified in Schedule A, with the exception of certain Defendants.[1] In support of this Motion, Western Digital submits the accompanying Memorandum.

---

[1] Western Digital's Motion for Entry of Default and Default Judgment does not apply to Defendants topdirectionstore, angeloliu2014, top-security-cctv, and Aotetek Store.

Dated this 31st day of August 2018.   Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Mary F. Fetsco
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law
mfetsco@gbc.law

*Counsel for Plaintiff Western Digital Technologies, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August 2018, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Rebecca Unruh and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Mary F. Fetsco
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law
mfetsco@gbc.law

*Counsel for Plaintiff Western Digital Technologies, Inc.*